IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BRANDON MICHAEL WHITE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | |
| CITY OF CORRIGAN, | § | CIVIL ACTION NO. 9:23-CV-00106 |
| CHIEF DARREL G. GIBSON, | § | JUDGE MICHAEL J. TRUNCALE |
| SERGEANT ALBERT L. RICHARD, | § | |
| OFFICER CELESTINO MOLINA, | § | |
| OFFICER TRACY M. BROWN, AND | § | |
| OFFICER JONATHAN REYBOLDS, | § | |
| | § | |
| *Defendants.* | § | |

**ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court has received the Parties' Joint Stipulation of Dismissal with Prejudice [Dkt. 41] filed in the above-styled matter. The Parties' stipulate to the dismissal of this action, in its entirety, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Accordingly, the Court acknowledges that all claims filed in this matter are hereby **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED** and all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 20th day of May, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge